580 A.2d 314

Robert J. BRINKER and Brenda G. Brinker, his
wife, Appellants,

v.

GEORGE FARMS, INC., and Thomas S. George and Jean
L. George, his wife.

Supreme Court of Pennsylvania.

Argued Sept. 27, 1990.

Decided Oct. 16, 1990.

Kurt S. Rishor, Butler, Pa., for appellants.

Ralph L.S. Montana, Ralph L.S. Montana & Associates, Clarion, Pa., for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

ZAPPALA, PAPADAKOS and CAPPY, JJ., dissent.